IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN PAUL THOMAS,

      Plaintiff,               No. 2:09-cv-3142-JFM (PC)

   vs.

CALIFORNIA INTERSTATE
COMMISSION FOR ADULT
OFFENDER SUPERVISION,

      Defendant.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account

1

and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the Director of the New Mexico Department of Corrections filed concurrently herewith.

3. Service is appropriate for the following defendant: California Interstate Commission for Adult Offender Supervision.

4. The Clerk of the Court shall send plaintiff one USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed November 12, 2009.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for the defendant listed in number 3 above; and

    d. Two copies of the endorsed complaint filed November 12, 2009.

/////

1    6. Plaintiff need not attempt service on defendant and need not request waiver of
2 service.  Upon receipt of the above-described documents, the court will direct the United States
3 Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4
4 without payment of costs.
5 DATED: March 11, 2010.

                                            UNITED STATES MAGISTRATE JUDGE

12
thom3142.1

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL THOMAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA INTERSTATE<br>COMMISSION FOR ADULT<br>OFFENDER SUPERVISION,<br><br>    Defendant.<br>_____/ | No. 2:09-cv-3142-JFM (PC)<br><br><br><br><br>NOTICE OF SUBMISSION<br>OF DOCUMENTS |

   Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

   _____  completed summons form

   _____  completed USM-285 forms

   _____  copies of the _____
            Complaint

DATED:

                  _____
                  Plaintiff