1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN PAUL THOMAS,

11             Plaintiff,                        No. 2:09-cv-3142 JFM (PC)

12        vs.

13   CALIFORNIA INTERSTATE COMMISION
     FOR ADULT OFFENDER SUPERVISION,
14                                               ORDER FOR PAYMENT
             Defendant.
15   _____/          OF INMATE FILING FEE

16   To:  Director, New Mexico Department of Corrections, Attention: Inmate Trust Account, P.O.

17   Box 27116, Santa Fe, New Mexico, 87502-0116:

18             Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

19   pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing

20   fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or

21   (b) the average monthly balance in plaintiff's account for the 6-month period immediately

22   preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial

23   filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent

24   of the preceding month's income credited to plaintiff's trust account.  The New Mexico

25   Department of Corrections is required to send to the Clerk of the Court the initial partial filing

26   fee and thereafter payments from plaintiff's prison trust account each time the amount in the

1

account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  The Director of the New Mexico Department of Corrections or a designee shall collect from plaintiff's prison trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court.  Said payment shall be clearly identified by the name and number assigned to this action.

2.  Thereafter, the Director of the New Mexico Department of Corrections or a designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified by the name and number assigned to this action.

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on Director, New Mexico Department of Corrections, Attention: Inmate Trust Account, P.O. Box 27116, Santa Fe, New Mexico 87502-0116.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: March 11, 2010.

UNITED STATES MAGISTRATE JUDGE

/mp
thom3142.cdcjfm