IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN PAUL THOMAS,

      Plaintiff,                    No. 2:09-cv-3142-JFM (PC)

    vs.

CALIFORNIA INTERSTATE
COMMISSION FOR ADULT
OFFENDER SUPERVISION,

      Defendant.                <u>ORDER</u>

_____/

       Plaintiff, the only party who has appeared in this action, has consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c); Consent filed November 30, 2009. By order filed March 12, 2010, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.[1]

/////

---

[1] The order and service documents were served on plaintiff on March 12, 2010 and returned undelivered on March 19, 2010. On March 29, 2010, plaintiff filed a notice of change of address, and on March 31, 2010, the order and service documents were re-served on plaintiff at his new address of record. More than thirty days has passed since the date of re-service.

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

DATED: May 6, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12

thom3142.fusm